**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERMAINE EGGLESTON,        ) | No. CV 09-4658-GW(CW) |
|                            ) | |
|            Plaintiff,      ) | JUDGMENT |
|                            ) | |
|        v.                  ) | |
|                            ) | |
| TIM DUERR, et al.,         ) | |
|                            ) | |
|            Defendants.     ) | |
|                            ) | |

    **IT IS ADJUDGED** that this action is dismissed without prejudice.


DATED: March 2, 2010

                                        _George H. Wu_
                                        _____
                                        GEORGE H. WU
                                        United States District Judge